```
Court Name: United States District Court
Division: 1
Receipt Number: 14683039086
Cashier ID: sbrown
Transaction Date: 10/03/2013
Payer Name: JASON TORCHINSKY
------------------------------------
CIVIL FILING FEE
  For: JASON TORCHINSKY
  Amount:         $400.00
------------------------------------
CREDIT CARD
  Amt Tendered:  $400.00
------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

FILING FEE
113CV1225
```