UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
NOV 27 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

The NATIONAL ORGANIZATION FOR
MARRIAGE, INC.,

          *Plaintiff,*

v.

The UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,

          *Defendants.*

Civ. No. 13-cv-1225-JCC/IDD

## Order

Upon consideration of Plaintiff's Stipulated Motion to Withdraw Jury Demand, it is hereby ORDERED that Plaintiff NOM's jury demand be withdrawn.

Date: 11/27/13

/s/
James C. Cacheris
United States District Judge

James C. Cacheris
United States District Judge