# INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: Ivan D. Davis

CIVIL CASE #: 1:13CV1225

DATE: 1/8/2014

TIME: 11:00 TO 11:10

APPEARANCES COUNSEL FOR:

( x ) PLAINTIFF ( x ) DEFENDANT ( ) PRO SE PLAINTIFF
( ) PRO SE DEFENDANT

DISCOVERY PLAN:

( x ) APPROVED ( ) APPROVED AS AMENDED ( ) FILED BY

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES
( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING ( ) WILL DISCUSS ( ) OTHER

CASE CONTINUED TO _____ FOR 16 (b) CONFERENCE

( x ) ORDER TO ISSUE

NOTES: