

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE NATIONAL ORGANIZATION FOR MARRIAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:13-cv-01225 (JCC/IDD) ) ) ) ) ) ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Production of Documents From Matthew S. Meisel and for *In Camera* Review [Dkt. No. 43] is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 28th day of February 2014.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Ivan D. Davis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge