**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE NATIONAL ORGANIZATION FOR MARRIAGE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:13cv1225-JCC-IDD |

## UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST

Pursuant to this Court's Order dated April 15, 2014, Dkt. 64, below is the United States of America's Amended Exhibit List. This list adds new exhibits 136 and 137. All other exhibits are identical to the government's initial exhibit list, Dkt. 59.

| USA Exhibit Number | Production Bates Start | Production Bates End | Description |
|---|---|---|---|
| 1 | N/A | N/A | Declaration of Records Custodian -- HRC |
| 2 | HRC Documents0001 | HRC Documents0019 | Emails between K. Nix and M. Meisel |
| 3 | HRC Documents0009 | HRC Documents0111 | 8/26/2013 NOM Email |
| 4 | MEISEL0015 | MEISEL0015 | Email from R. Koenig to M. Meisel |
| 5 | GOV-PROD-0000038 | GOV-PROD-0000039 | Online SEIN Audit Trail |
| 6 | GOV-PROD-0000044 | GOV-PROD-0000046 | IRS Printer Logs |
| 7 | GOV-PROD-0002704 | GOV-PROD-0002769 | IRM 3.20.13 dated 1/1/2011 |
| 8 | GOV-PROD-0000586 | GOV-PROD-0000586 | Citrix Audit Log Screen Shot - Supplemental Information.pdf |
| 9 | GOV-PROD-0000587 | GOV-PROD-0000587 | Online SEIN Audit Trail for ZKNLB |
| 10 | GOV-PROD-0000588 | GOV-PROD-0000590 | ZKNLB Printer Usage by User |
| 11 | GOV-PROD-0000591 | GOV-PROD-0000592 | ZKNLB Printer Event Log |

| | | | |
|---|---|---|---|
| 12 | GOV-PROD-0000593 | GOV-PROD-0000593 | ZKNLB All logons |
| 13 | GOV-PROD-0000594 | GOV-PROD-0000594 | ZKNLB Print Events 1/21/2011 |
| 14 | GOV-PROD-0000595 | GOV-PROD-0000595 | ZKNLB Print Events 1/21/2011 including page count |
| 15 | GOV-PROD-0000636 | GOV-PROD-0000637 | IRS 3893C letter |
| 16 | GOV-PROD-0000638 | GOV-PROD-0000642 | IRS 3983C letter macro |
| 17 | GOV-PROD-0000643 | GOV-PROD-0000643 | IRS Form 4506-A Volumes For 2009-2014 |
| 18 | GOV-PROD-0000706 | GOV-PROD-0000709 | IDRS ENMOD for NOM |
| 19 | GOV-PROD-0000710 | GOV-PROD-0000777 | IRM 3.20.13 revision 1/1/2010 |
| 20 | GOV-PROD-0000778 | GOV-PROD-0000867 | IRM 3.20.13 revision 1/1/2014 |
| 21 | GOV-PROD-0001344 | GOV-PROD-0001345 | Online SEIN Audit Trail by Tax Year |
| 22 | GOV-PROD-0001571 | GOV-PROD-0001576 | 12/12/2013 Memorandum from J. Archibald Submission Processing Programs Review |
| 23 | GOV-PROD-0001593 | GOV-PROD-0001593 | IRS Form 4506-A (March 2009) |
| 24 | GOV-PROD-0001595 | GOV-PROD-0001596 | Instructions for IRS Form 4506-A |
| 25 | GOV-PROD-0002121 | GOV-PROD-0002121 | Peters Training History 1 B&W |
| 26 | GOV-PROD-0002122 | GOV-PROD-0002122 | Peters Training History 2 B&W |
| 27 | GOV-PROD-0000218 | GOV-PROD-0000218 | Peters Training History 1 |
| 28 | GOV-PROD-0000219 | GOV-PROD-0000219 | Peters Training History 2 |
| 29 | GOV-PROD-0002024 | GOV-PROD-0002029 | NOM Blog - 12/31/2013 |
| 30 | GOV-PROD-0002049 | GOV-PROD-0002055 | NOM Blog - 11/18/2013 |
| 31 | GOV-PROD-0002056 | GOV-PROD-0002062 | NOM Blog - 10/3/2013 |
| 32 | GOV-PROD-0002063 | GOV-PROD-0002064 | NOM Blog -12/6/13 |
| 33 | GOV-PROD-0002065 | GOV-PROD-0002068 | 10/9/2013 NY Post Article - To Break the IRS' Wall of Silence |
| 34 | GOV-PROD-0002069 | GOV-PROD-0002069 | Video List |
| 35 | GOV-PROD-0002080 | GOV-PROD-0002080 | NOMFacebook 6/5/2013 |
| 36 | GOV-PROD-0002082 | GOV-PROD-0002082 | NOMFacebook 10/4/2013 |
| 37 | GOV-PROD-0002083 | GOV-PROD-0002083 | NOMFacebook 5/11/2013 |
| 38 | GOV-PROD-0002084 | GOV-PROD-0002084 | NOMFacebook 6/10/2013 |
| 39 | GOV-PROD-0002086 | GOV-PROD-0002086 | NOMFacebook MillionDollarMatch |

| 40 | GOV-PROD-0002125 | GOV-PROD-0002125 | 5081 Security Approval 2/9/2009 |
|---|---|---|---|
| 41 | GOV-PROD-0002130 | GOV-PROD-0002131 | 5081 Security Approval 2/11/2009 |
| 42 | GOV-PROD-0002132 | GOV-PROD-0002133 | 5081 Security Approval 2/11/2009 (2nd) |
| 43 | GOV-PROD-0002134 | GOV-PROD-0002134 | TEAM 6 CJE Training document |
| 44 | GOV-PROD-0002158 | GOV-PROD-0002159 | 8/18/2010 Email Thread from C. Peek re: Form 4506-A |
| 45 | GOV-PROD-0002161 | GOV-PROD-0002162 | Email from D. Hamilton to W. Peters re: approval via 5081 |
| 46 | GOV-PROD-0002163 | GOV-PROD-0002163 | 1/19/2011 email from W. Peters to P. Riley re: media |
| 47 | GOV-PROD-0002164 | GOV-PROD-0002165 | 1/19/2011 email exchange between W. Peters to P. Riley re: media |
| 48 | GOV-PROD-0002166 | GOV-PROD-0002166 | 1/24/2011 email exchange between W. Peters to P. Riley re: media |
| 49 | GOV-PROD-0002167 | GOV-PROD-0002167 | 2/28/2011 email from W. Peters to P. Riley re: media |
| 50 | GOV-PROD-0002168 | GOV-PROD-0002168 | 3/2/2011 email from W. Peters to P. Riley re: media |
| 51 | GOV-PROD-0002169 | GOV-PROD-0002170 | 3/2/2011 email exchange between W. Peters to P. Riley re: media |
| 52 | GOV-PROD-0002171 | GOV-PROD-0002171 | Computer screenshot |
| 53 | GOV-PROD-0002173 | GOV-PROD-0002174 | 3/4/2011 email exchange between W. Peters to P. Riley re: media |
| 54 | GOV-PROD-0002175 | GOV-PROD-0002177 | 3/4/2011 email exchange between W. Peters to P. Riley re: media |
| 55 | GOV-PROD-0002178 | GOV-PROD-0002181 | 3/4/2011 email exchange between W. Peters to P. Riley re: media |
| 56 | GOV-PROD-0002339 | GOV-PROD-0002348 | NOM request for investigation |
| 57 | GOV-PROD-0002350 | GOV-PROD-0002350 | 4/18/2012 email from S. Whitaker to D. Hamilton re: access to OL-SEIN |
| 58 | GOV-PROD-0002351 | GOV-PROD-0002351 | Excel spreadsheet attachment to GOV-PROD-002350 |
| 59 | GOV-PROD-0002390 | GOV-PROD-0002394 | IRS 3983C letter macro |
| 60 | GOV-PROD-0002403 | GOV-PROD-0002434 | Doc. re: Plain Talk About Ethics |
| 61 | GOV-PROD-0002446 | GOV-PROD-0002447 | 6/17/2013 TEGE Quality Alert |
| 62 | GOV-PROD-0002449 | GOV-PROD-0002454 | SEIN Background and History |
| 63 | GOV-PROD-0002537 | GOV-PROD-0002546 | Online 5081 history report |
| 64 | GOV-PROD-0002477 | GOV-PROD-0002481 | W. Peters Time Entries |
| 65 | GOV-PROD-0002482 | GOV-PROD-0002495 | IRM 10.5.5 dated 8/26/2013 |

3


| | | | |
|---|---|---|---|
| 66 | GOV-PROD-0002499 | GOV-PROD-0002508 | UNAX PowerPoint |
| 67 | GOV-PROD-0002509 | GOV-PROD-0002532 | UNAX PowerPoint (Extended) |
| 68 | GOV-PROD-0002091 | GOV-PROD-0002091 | W. Peters Performance Award 8/2009 |
| 69 | GOV-PROD-0002092 | GOV-PROD-0002092 | W. Peters Performance Award 8/2010 |
| 70 | GOV-PROD-0002093 | GOV-PROD-0002093 | W. Peters Performance Award 8/2010 (2nd) |
| 71 | GOV-PROD-0002094 | GOV-PROD-0002094 | W. Peters Performance Award 8/2010 (3rd) |
| 72 | GOV-PROD-0002095 | GOV-PROD-0002095 | W. Peters Performance Award 3/2010 |
| 73 | GOV-PROD-0002533 | GOV-PROD-0002536 | 1/26/2011 email thread from P. Riley to W. Peters re: media - request for nonprofit database waiver of fees |
| 74 | GOV-PROD-0002579 | GOV-PROD-0002595 | NOM Form 990 for 2007 |
| 75 | GOV-PROD-0002596 | GOV-PROD-0002632 | NOM Amended Form 990 for 2008 |
| 76 | GOV-PROD-0002633 | GOV-PROD-0002664 | NOM Original Form 990 for 2008 |
| 77 | GOV-PROD-0002665 | GOV-PROD-0002703 | NOM Form 990 for 2009 |
| 78 | GOV-PROD-0002547 | GOV-PROD-0002547 | ZKNLB Printer Log Spreadsheet, various dates from 1/21/2011 to 11/28/2011 |
| 79 | GOV-PROD-0002548 | GOV-PROD-0002550 | ZKNLB Printer Logs, various dates from 1/21/2011 to 11/28/2011 |
| 80 | NOM-01314 | NOM-01314 | 5/15/2012 letter from California FPPC to B. Brown |
| 81 | NOM-01316 | NOM-01322 | Various letters relating to FPPC's investigation |
| 82 | NOM-01370 | NOM-01375 | 6/28/2012 FPPC letter to Z. Kester and various responses |
| 83 | NOM-01428 | NOM-01432 | 10/11/2013 NOM email to ActRight |
| 84 | NOM-01433 | NOM-01437 | 10/4/2013 NOM email to ActRight |
| 85 | NOM-01443 | NOM-01445 | 5/15/2013 NOM email to ActRight |
| 86 | NOM-01454 | NOM-01456 | 5/21/2013 NOM email to ActRight |
| 87 | NOM-01475 | NOM-01477 | 6/19/2013 NOM email to ActRight |
| 88 | NOM-01483 | NOM-01486 | 6/5/2013 NOM email to ActRight |
| 89 | NOM-01516 | NOM-01518 | 8/27/2013 NOM email to ActRight |
| 90 | NOM-01524 | NOM-01526 | 9/30/2013 NOM email to ActRight |
| 91 | NOM-01633 | NOM-01649 | Eastman Invoices |

| | | | |
|---|---|---|---|
| 92 | NOM-01654 | NOM-01790 | ActRight Invoices (Redacted) |
| 93 | NOM-01791 | NOM-01798 | ActRight Expenses |
| 94 | NOM-01815 | NOM-01822 | 6/4/2013 J. Eastman Testimony |
| 95 | NOM-01853 | NOM-01934 | 5/17/2013 email from E. Ray to NOM re: IRS hits to date |
| 96 | NOM-02070 | NOM-02070 | 7/24/2012 email thread from B. Duggan |
| 97 | NOM-02104 | NOM-02105 | 7/29/2013 email from E. Ray re: media strategy |
| 98 | NOM-02110 | NOM-02110 | 11/1/2013 email from E. Ray re: Susan Crabtree |
| 99 | NOM-02317 | NOM-02317 | 7/27/2012 email from B. Duggan to B. Dunn (SFC) |
| 100 | NOM-02546 | NOM-02547 | 12/19/2013 email from B. Duggan to House staffers re: USA's Answer |
| 101 | NOM-02558 | NOM-02565 | 10/4/2013 email exchange between G. Norquist and B. Brown re: lawsuit |
| 102 | NOM-02590 | NOM-02597 | 4/6/2012 email thread re: NOM demands federal investigation |
| 103 | NOM-02673 | NOM-02675 | 6/11/2013 email from B. Brown to supporters |
| 104 | NOM-02722 | NOM-02722 | 8/24/2013 email from B. Monge to B. Duggan and Fr. Anthony |
| 105 | NOM-02726 | NOM-02729 | 9/27/2013 email re: Oversight Committee to Investigate NOM Donor List Leak |
| 106 | NOM-02774 | NOM-02780 | 4/12/2012 email from B. Brown to NOMNews |
| 107 | NOM-02781 | NOM-02799 | Emails from NOM re: disclosure |
| 108 | NOM-03670 | NOM-03676 | 8/16/2013 email from B. Duggan re: timing of lawsuit |
| 109 | NOM-03683 | NOM-03684 | 9/29/2013 emails between E. Ray and B. Duggan |
| 110 | NOM-03685 | NOM-03688 | 10/2/2013 emails from F. Schubert re: Draft NOM v. IRS Press Release |
| 111 | NOM-03692 | NOM-03692 | 9/2013 email exchange re: IRS on Monday? |
| 112 | NOM-03700 | NOM-03703 | ActRight FPPC Invoices |
| 113 | GOV-PROD-0002770 | GOV-PROD-0002771 | Online 5081 Annual Recertification |
| 114 | GOV-PROD-0002772 | GOV-PROD-0002777 | On-Line SEIN User Guide |
| 115 | GOV-PROD-0002778 | GOV-PROD-0002814 | NOM Amended Form 990 for 2010 |
| 116 | GOV-PROD-0002815 | GOV-PROD-0002848 | NOM Original Form 990 for 2010 |

| 117 | GOV-PROD-0002849 | GOV-PROD-0002884 | NOM Form 990 for 2011 |
|---|---|---|---|
| 118 | GOV-PROD-0002885 | GOV-PROD-0002922 | NOM Form 990 for 2012 |
| 119 | Karger000001 | Karger000001 | Document enclosure cover letter |
| 120 | Karger000004 | Karger000005 | Karger Form 4506-As |
| 121 | Karger000089 | Karger000089 | Form 4506-A email |
| 122 | Karger000017 | Karger000037 | Karger 3983C letters |
| 123 | Karger000071 | Karger000087 | Karger 2007 NOM Form 990 |
| 124 | Karger000327 | Karger000356 | Karger 2008 NOM Form 990 |
| 125 | Karger000038 | Karger000070 | NOM 501(c)(4) Application |
| 126 | Karger000167 | Karger000205 | Karger FPPC Complaint (incl. Supp.) |
| 127 | Karger000124 | Karger000124 | FPPC May 28, 2012 Letter to Karger |
| 128 | Karger000123 | Karger000123 | FPPC Dec. 18, 2013 Letter to Karger |
| 129 | Karger000326 | Karger000326 | Supplemental document enclosure letter |
| 130 | N/A | N/A | Plaintiff's Oct. 3, 2013 Verified Complaint and all exhibits |
| 131 | N/A | N/A | Plaintiff's January 21, 2014 Discovery Responses to USA First Set of Discovery |
| 132 | N/A | N/A | Plaintiff's Feb. 12, 2014 Supplemental Discovery Responses to USA First Set of Discovery |
| 133 | N/A | N/A | Plaintiff's Mar. 11, 2014 Discovery Responses to USA Second Set of Discovery |
| 134 | N/A | N/A | Plaintiff's 26(a)(1) Disclosures dated 12/20/2013 |
| 135 | N/A | N/A | Plaintiff's 26(a)(1) Supplemental Disclosures 2/21/2014 |
| 136 | N/A | N/A | Plaintiff's Supplemental Response to Defendant's Second Set of Requests for Admission and Interrogatories to Plaintiff, dated 4/1/2014 |
| 137 | NOM-04039 | NOM-04064 | Plaintiff's direct mail fundraising documents produced along with USA Exhibit 136 |

The United States reserves the right to introduce additional exhibits at trial for impeachment or rebuttal purposes, and to introduce any exhibits on Plaintiff's Exhibit List.

Date: April 17, 2014

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

PHILIP M. SCHREIBER*
BENJAMIN L. TOMPKINS*
CHRISTOPER D. BELEN
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
(202) 514-6069 (Mr. Schreiber)
(202) 514-5885 (Mr. Tompkins)
(202) 307-2089 (Mr. Belen)
Fax: 202 514-9868
E-Mail: philip.m.schreiber@usdoj.gov
benjamin.l.tompkins@usdoj.gov
christopher.d.belen@usdoj.gov


DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

　　　　/s/　　　　　　　　　　
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov

*Attorneys for the United States of America*

\* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Jason Torchinsky
Shawn Toomey Sheehy
Holtzman Vogel Josefiak PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808 (telephone)
(540) 341-8809 (fax)
jtorchinsky@hvjlaw.com
ssheehy@hvjlaw.com

                                               /s/
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov