**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| THE NATIONAL ORGANIZATION FOR MARRIAGE, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No. 13-1225-JCC-IDD ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**Plaintiff National Organization for Marriage's Objections**
**to Defendant United States of America's Amended Exhibit List**

Pursuant to this Court's April 15, 2014 Order, Dkt. 64, Plaintiff, the National Organization

for Marriage ("NOM") hereby submits its objections to Defendant's Amended Exhibit List, Dkt.

65. Added here are objections to Defendant's new exhibits 136 and 137. All other objections are

identical to NOM's initial Objections. (Dkt. 62).

| USA Exhibit Number | Production Bates Start | Production Bates End | Description | Objection |
|---|---|---|---|---|
| 1 | N/A | N/A | Declaration of Records Custodian -- HRC | |
| 2 | HRC Documents0001 | HRC Documents0019 | Emails between K. Nix and M. Meisel | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific |

| | | | | |
|---|---|---|---|---|
| | | | | amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 3 | HRC Documents0009 | HRC Documents0111 | 8/26/2013 NOM Email | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 4 | MEISEL0015 | MEISEL0015 | Email from R. Koenig to M. Meisel | |
| 5 | GOV-PROD-0000038 | GOV-PROD-0000039 | Online SEIN Audit Trail | |
| 6 | GOV-PROD-0000044 | GOV-PROD-0000046 | IRS Printer Logs | |
| 7 | GOV-PROD-0002704 | GOV-PROD-0002769 | IRM 3.20.13 dated 1/1/2011 | |
| 8 | GOV-PROD-0000586 | GOV-PROD-0000586 | Citrix Audit Log Screen Shot - Supplemental Information.pdf | |
| 9 | GOV-PROD-0000587 | GOV-PROD-0000587 | Online SEIN Audit Trail for ZKNLB | |
| 10 | GOV-PROD-0000588 | GOV-PROD-0000590 | ZKNLB Printer Usage by User | |
| 11 | GOV-PROD-0000591 | GOV-PROD-0000592 | ZKNLB Printer Event Log | |
| 12 | GOV-PROD-0000593 | GOV-PROD-0000593 | ZKNLB All logons | |

| 13 | GOV-PROD-0000594 | GOV-PROD-0000594 | ZKNLB Print Events 1/21/2011 | |
| 14 | GOV-PROD-0000595 | GOV-PROD-0000595 | ZKNLB Print Events 1/21/2011 including page count | |
| 15 | GOV-PROD-0000636 | GOV-PROD-0000637 | IRS 3893C letter | |
| 16 | GOV-PROD-0000638 | GOV-PROD-0000642 | IRS 3983C letter macro | |
| 17 | GOV-PROD-0000643 | GOV-PROD-0000643 | IRS Form 4506-A Volumes For 2009-2014 | |
| 18 | GOV-PROD-0000706 | GOV-PROD-0000709 | IDRS ENMOD for NOM | |
| 19 | GOV-PROD-0000710 | GOV-PROD-0000777 | IRM 3.20.13 revision 1/1/2010 | |
| 20 | GOV-PROD-0000778 | GOV-PROD-0000867 | IRM 3.20.13 revision 1/1/2014 | |
| 21 | GOV-PROD-0001344 | GOV-PROD-0001345 | Online SEIN Audit Trail by Tax Year | |
| 22 | GOV-PROD-0001571 | GOV-PROD-0001576 | 12/12/2013 Memorandum from J. Archibald Submission Processing Programs Review | Hearsay |
| 23 | GOV-PROD-0001593 | GOV-PROD-0001593 | IRS Form 4506-A (March 2009) | |
| 24 | GOV-PROD-0001595 | GOV-PROD-0001596 | Instructions for IRS Form 4506-A | |
| 25 | GOV-PROD-0002121 | GOV-PROD-0002121 | Peters Training History 1 B&W | |
| 26 | GOV-PROD-0002122 | GOV-PROD-0002122 | Peters Training History 2 B&W | |
| 27 | GOV-PROD-0000218 | GOV-PROD-0000218 | Peters Training History 1 | |
| 28 | GOV-PROD-0000219 | GOV-PROD-0000219 | Peters Training History 2 | |
| 29 | GOV-PROD-0002024 | GOV-PROD-0002029 | NOM Blog - 12/31/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially |

3

| | | | | |
|---|---|---|---|---|
| | | | | outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 30 | GOV-PROD-0002049 | GOV-PROD-0002055 | NOM Blog - 11/18/2013 | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 31 | GOV-PROD-0002056 | GOV-PROD-0002062 | NOM Blog - 10/3/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 32 | GOV-PROD-0002063 | GOV-PROD-0002064 | NOM Blog -12/6/13 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. |

| | | | | 901; Hearsay. |
|---|---|---|---|---|
| 33 | GOV-PROD-0002065 | GOV-PROD-0002068 | 10/9/2013 NY Post Article - To Break the IRS' Wall of Silence | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 34 | GOV-PROD-0002069 | GOV-PROD-0002069 | Video List | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 35 | GOV-PROD-0002080 | GOV-PROD-0002080 | NOMFacebook 6/5/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 36 | GOV-PROD-0002082 | GOV-PROD-0002082 | NOMFacebook 10/4/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is |

| | | | | |
|---|---|---|---|---|
| | | | | substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 37 | GOV-PROD-0002083 | GOV-PROD-0002083 | NOMFacebook 5/11/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 38 | GOV-PROD-0002084 | GOV-PROD-0002084 | NOMFacebook 6/10/2013 | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901. |
| 39 | GOV-PROD-0002086 | GOV-PROD-0002086 | NOMFacebook MillionDollarMa tch | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity |

| | | | | under Fed. R. of Evid. 901; Hearsay. |
|---|---|---|---|---|
| 40 | GOV-PROD-0002125 | GOV-PROD-0002125 | 5081 Security Approval 2/9/2009 | |
| 41 | GOV-PROD-0002130 | GOV-PROD-0002131 | 5081 Security Approval 2/11/2009 | |
| 42 | GOV-PROD-0002132 | GOV-PROD-0002133 | 5081 Security Approval 2/11/2009 (2nd) | |
| 43 | GOV-PROD-0002134 | GOV-PROD-0002134 | TEAM 6 CJE Training document | |
| 44 | GOV-PROD-0002158 | GOV-PROD-0002159 | 8/18/2010 Email Thread from C. Peek re: Form 4506-A | |
| 45 | GOV-PROD-0002161 | GOV-PROD-0002162 | Email from D. Hamilton to W. Peters re: approval via 5081 | |
| 46 | GOV-PROD-0002163 | GOV-PROD-0002163 | 1/19/2011 email from W. Peters to P. Riley re: media | Hearsay. |
| 47 | GOV-PROD-0002164 | GOV-PROD-0002165 | 1/19/2011 email exchange between W. Peters to P. Riley re: media | Hearsay. |
| 48 | GOV-PROD-0002166 | GOV-PROD-0002166 | 1/24/2011 email exchange between W. Peters to P. Riley re: media | Hearsay. |
| 49 | GOV-PROD-0002167 | GOV-PROD-0002167 | 2/28/2011 email from W. Peters to P. Riley re: media | Hearsay. |
| 50 | GOV-PROD-0002168 | GOV-PROD-0002168 | 3/2/2011 email from W. Peters to P. Riley re: media | Hearsay. |
| 51 | GOV-PROD-0002169 | GOV-PROD-0002170 | 3/2/2011 email exchange between W. Peters to P. Riley | Hearsay. |

| | | | re: media | |
|---|---|---|---|---|
| 52 | GOV-PROD-0002171 | GOV-PROD-0002171 | Computer screenshot | |
| 53 | GOV-PROD-0002173 | GOV-PROD-0002174 | 3/4/2011 email exchange between W. Peters to P. Riley re: media | Hearsay. |
| 54 | GOV-PROD-0002175 | GOV-PROD-0002177 | 3/4/2011 email exchange between W. Peters to P. Riley re: media | Hearsay. |
| 55 | GOV-PROD-0002178 | GOV-PROD-0002181 | 3/4/2011 email exchange between W. Peters to P. Riley re: media | Hearsay. |
| 56 | GOV-PROD-0002339 | GOV-PROD-0002348 | NOM request for investigation | |
| 57 | GOV-PROD-0002350 | GOV-PROD-0002350 | 4/18/2012 email from S. Whitaker to D. Hamilton re: access to OL-SEIN | |
| 58 | GOV-PROD-0002351 | GOV-PROD-0002351 | Excel spreadsheet attachment to GOV-PROD-002 350 | |
| 59 | GOV-PROD-0002390 | GOV-PROD-0002394 | IRS 3983C letter macro | |
| 60 | GOV-PROD-0002403 | GOV-PROD-0002434 | Doc. re: Plain Talk About Ethics | |
| 61 | GOV-PROD-0002446 | GOV-PROD-0002447 | 6/17/2013 TEGE Quality Alert | |
| 62 | GOV-PROD-0002449 | GOV-PROD-0002454 | SEIN Background and History | |
| 63 | GOV-PROD-0002537 | GOV-PROD-0002546 | Online 5081 history report | |
| 64 | GOV-PROD-0002477 | GOV-PROD-0002481 | W. Peters Time Entries | |
| 65 | GOV-PROD-0002482 | GOV-PROD-0002495 | IRM 10.5.5 dated 8/26/2013 | |
| 66 | GOV-PROD-0002499 | GOV-PROD-0002508 | UNAX | |

| | | | | |
|---|---|---|---|---|
| | | | PowerPoint | |
| 67 | GOV-PROD-0002509 | GOV-PROD-0002532 | UNAX PowerPoint (Extended) | |
| 68 | GOV-PROD-0002091 | GOV-PROD-0002091 | W. Peters Performance Award 8/2009 | |
| 69 | GOV-PROD-0002092 | GOV-PROD-0002092 | W. Peters Performance Award 8/2010 | |
| 70 | GOV-PROD-0002093 | GOV-PROD-0002093 | W. Peters Performance Award 8/2010 (2nd) | |
| 71 | GOV-PROD-0002094 | GOV-PROD-0002094 | W. Peters Performance Award 8/2010 (3rd) | |
| 72 | GOV-PROD-0002095 | GOV-PROD-0002095 | W. Peters Performance Award 3/2010 | |
| 73 | GOV-PROD-0002533 | GOV-PROD-0002536 | 1/26/2011 email thread from P. Riley to W. Peters re: media - request for nonprofit database waiver of fees | |
| 74 | GOV-PROD-0002579 | GOV-PROD-0002595 | NOM Form 990 for 2007 | |
| 75 | GOV-PROD-0002596 | GOV-PROD-0002632 | NOM Amended Form 990 for 2008 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of |

| | | | | |
|---|---|---|---|---|
| | | | | the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 76 | GOV-PROD-0002633 | GOV-PROD-0002664 | NOM Original Form 990 for 2008 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 77 | GOV-PROD-0002665 | GOV-PROD-0002703 | NOM Form 990 for 2009 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific |

| | | | | |
|---|---|---|---|---|
| | | | | amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 78 | GOV-PROD-0002547 | GOV-PROD-0002547 | ZKNLB Printer Log Spreadsheet, various dates from 1/21/2011 to 11/28/2011 | |
| 79 | GOV-PROD-0002548 | GOV-PROD-0002550 | ZKNLB Printer Logs, various dates from 1/21/2011 to 11/28/2011 | |
| 80 | NOM-01314 | NOM-01314 | 5/15/2012 letter from California FPPC to B. Brown | |
| 81 | NOM-01316 | NOM-01322 | Various letters relating to FPPC's investigation | |
| 82 | NOM-01370 | NOM-01375 | 6/28/2012 FPPC letter to Z. Kester and various responses | |
| 83 | NOM-01428 | NOM-01432 | 10/11/2013 NOM email to ActRight | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity |

| | | | | |
|---|---|---|---|---|
| | | | | under Fed. R. of Evid. 901; Hearsay. |
| 84 | NOM-01433 | NOM-01437 | 10/4/2013 NOM email to ActRight | Relevancy, under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 85 | NOM-01443 | NOM-01445 | 5/15/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 86 | NOM-01454 | NOM-01456 | 5/21/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 87 | NOM-01475 | NOM-01477 | 6/19/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 88 | NOM-01483 | NOM-01486 | 6/5/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 89 | NOM-01516 | NOM-01518 | 8/27/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity under Fed. R. of Evid. 901; Hearsay. |
| 90 | NOM-01524 | NOM-01526 | 9/30/2013 NOM email to ActRight | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Authenticity |

| | | | | |
|---|---|---|---|---|
| | | | | under Fed. R. of Evid. 901; Hearsay. |
| 91 | NOM-01633 | NOM-01649 | Eastman Invoices | |
| 92 | NOM-01654 | NOM-01790 | ActRight Invoices (Redacted) | |
| 93 | NOM-01791 | NOM-01798 | ActRight Expenses | |
| 94 | NOM-01815 | NOM-01822 | 6/4/2013 J. Eastman Testimony | |
| 95 | NOM-01853 | NOM-01934 | 5/17/2013 email from E. Ray to NOM re: IRS hits to date | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 96 | NOM-02070 | NOM-02070 | 7/24/2012 email thread from B. Duggan | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 97 | NOM-02104 | NOM-02105 | 7/29/2013 email from E. Ray re: media strategy | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the |

| | | | | |
|---|---|---|---|---|
| | | | | prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Privileged as Trade Secret under Fed. R. Evid. 501; Hearsay. |
| 98 | NOM-02110 | NOM-02110 | 11/1/2013 email from E. Ray re: Susan Crabtree | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 99 | NOM-02317 | NOM-02317 | 7/27/2012 email from B. Duggan to B. Dunn (SFC) | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 100 | NOM-02546 | NOM-02547 | 12/19/2013 email from B. Duggan to House staffers re: USA's Answer | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |

| 101 | NOM-02558 | NOM-02565 | 10/4/2013 email exchange between G. Norquist and B. Brown re: lawsuit | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
|---|---|---|---|---|
| 102 | NOM-02590 | NOM-02597 | 4/6/2012 email thread re: NOM demands federal investigation | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 103 | NOM-02673 | NOM-02675 | 6/11/2013 email from B. Brown to supporters | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 104 | NOM-02722 | NOM-02722 | 8/24/2013 email from B. Monge to B. Duggan and Fr. Anthony | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, |

| | | | | |
|---|---|---|---|---|
| | | | | wasting of time, and confusion of the issues; Hearsay. |
| 105 | NOM-02726 | NOM-02729 | 9/27/2013 email re: Oversight Committee to Investigate NOM Donor List Leak | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 106 | NOM-02774 | NOM-02780 | 4/12/2012 email from B. Brown to NOMNews | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 107 | NOM-02781 | NOM-02799 | Emails from NOM re: disclosure | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 108 | NOM-03670 | NOM-03676 | 8/16/2013 email from B. Duggan re: timing of lawsuit | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the |

| | | | | |
|---|---|---|---|---|
| | | | | evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Privileged as trade secret under Fed. R. Evid. 501. Hearsay. |
| 109 | NOM-03683 | NOM-03684 | 9/29/2013 emails between E. Ray and B. Duggan | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. Privileged as trade secret under Fed. R. Evid. 501; Hearsay. |
| 110 | NOM-03685 | NOM-03688 | 10/2/2013 emails from F. Schubert re: Draft NOM v. IRS Press Release | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 111 | NOM-03692 | NOM-03692 | 9/2013 email exchange re: IRS on Monday? | First Amendment privilege; Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the |

| | | | | |
|---|---|---|---|---|
| | | | | prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |
| 112 | NOM-03700 | NOM-03703 | ActRight FPPC Invoices | |
| 113 | GOV-PROD-0002770 | GOV-PROD-0002771 | Online 5081 Annual Recertification | |
| 114 | GOV-PROD-0002772 | GOV-PROD-0002777 | On-Line SEIN User Guide | |
| 115 | GOV-PROD-0002778 | GOV-PROD-0002814 | NOM Amended Form 990 for 2010 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 116 | GOV-PROD-0002815 | GOV-PROD-0002848 | NOM Original Form 990 for 2010 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as |

| | | | | |
|---|---|---|---|---|
| | | | | to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 117 | GOV-PROD-0002849 | GOV-PROD-0002884 | NOM Form 990 for 2011 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 118 | GOV-PROD-0002885 | GOV-PROD-0002922 | NOM Form 990 for 2012 | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 |

| | | | | |
|---|---|---|---|---|
| | | | | U.S.C. § 6103 for the same information; Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. |
| 119 | Karger000001 | Karger000001 | Document enclosure cover letter | |
| 120 | Karger000004 | Karger000005 | Karger Form 4506-As | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 121 | Karger000089 | Karger000089 | Form 4506-A email | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 122 | Karger000017 | Karger000037 | Karger 3983C letters | Relevancy under Fed. R. of Evid. 401-402 |

| | | | | |
|---|---|---|---|---|
| | | | | and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 123 | Karger000071 | Karger000087 | Karger 2007 NOM Form 990 | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 124 | Karger000327 | Karger000356 | Karger 2008 NOM Form 990 | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 125 | Karger000038 | Karger000070 | NOM 501(c)(4) Application | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues. |
| 126 | Karger000167 | Karger000205 | Karger FPPC Complaint (incl. Supp.) | First Amendment Privilege re: names and addresses of Plaintiff's contributors; Statutory Privilege under 26 U.S.C. § 6103 for the same information; |

| | | | | |
|---|---|---|---|---|
| | | | | Privileged under Fed. R. of Evid. 501 as trade secrets. Relevancy as to specific names of donors and specific amounts contributed under Fed. R. Evid. 401-402. Relevancy as to Fed. R. Evid. 403 as the probative value of the names and addresses of donors and amounts that they contributed will lead to undue delay, wasting of time, confusion of the issues, and is substantially outweighed by the unfair prejudice. Hearsay. |
| 127 | Karger000124 | Karger000124 | FPPC May 28, 2012 Letter to Karger | |
| 128 | Karger000123 | Karger000123 | FPPC Dec. 18, 2013 Letter to Karger | |
| 129 | Karger000326 | Karger000326 | Supplemental document enclosure letter | |
| 130 | N/A | N/A | Plaintiff's Oct. 3, 2013 Verified Complaint and all exhibits | |
| 131 | N/A | N/A | Plaintiff's January 21, 2014 Discovery Responses to USA First Set of Discovery | |
| 132 | N/A | N/A | Plaintiff's Feb. 12, 2014 Supplemental Discovery Responses to USA First Set of Discovery | |
| 133 | N/A | N/A | Plaintiff's Mar. 11, 2014 | |

| | | | | |
|---|---|---|---|---|
| | | | Discovery Responses to USA Second Set of Discovery | |
| 134 | N/A | N/A | Plaintiff's 26(a)(1) Disclosures dated 12/20/2013 | |
| 135 | N/A | N/A | Plaintiff's 26(a)(1) Supplemental Disclosures 2/21/2014 | |
| 136 | N/A | N/A | Plaintiff's Supplemental Response to Defendant's Second Set of Requests for Admission and Interrogatories to Plaintiff, dated 4/1/2014. | |
| 137 | NOM-04039 | NOM-04064 | Plaintiff's direct mail fundraising documents produced along with USA Exhibit 136 | Relevancy under Fed. R. of Evid. 401-402 and Fed. R. of Evid. 403 as the probative value of the evidence is substantially outweighed by the prejudice and will lead to undue delay, wasting of time, and confusion of the issues; Hearsay. |

NOM reserves the right to amend the objections above based on the Court's Orders regarding pretrial motions.

Respectfully submitted this 24th day of April, 2014.


                  /s/

Jason Torchinsky (Va. 47481)

Cleta Mitchell, of counsel | Shawn Toomey Sheehy (Va. 82630)

(D.C. 433386)* | Holtzman Vogel Josefiak PLLC

William E. Davis, of counsel | 45 North Hill Drive, Suite 100

(D.C. 280057)* | Warrenton, VA 20186

Mathew D. Gutierrez, of counsel | (540) 341-8808 (telephone)

(Fla. 0094014)* | (540) 341-8809 (fax)

Kaylan L. Phillips (Ind. 30405-84)* | jtorchinsky@hvjlaw.com

Noel H. Johnson (Wisc. 1068004)* | ssheehy@hvjlaw.com

ACTRIGHT LEGAL FOUNDATION | *Counsel for Plaintiff*

209 West Main Street

Plainfield, IN 46168 | John C. Eastman (Cal. 193726)*

(317) 203-5599 (telephone) | Anthony T. Caso (Cal. 88561)*

(888) 815-5641 (fax) | Center for Constitutional Jurisprudence

cmitchell@foley.com | c/o Chapman University School of Law

wdavis@foley.com | One University Drive

mgutierrez@foley.com | Orange, CA 92866

kphillips@actrightlegal.org | (877) 855-3330 x2 (telephone)

njohnson@actrightlegal.org | (714) 844-4817 (fax)

*Counsel for Plaintiff* | jeastman@chapman.edu

caso@chapman.edu

*Counsel for Plaintiff*


\* Admitted *Pro Hac Vice*

**Certificate of Service**

I hereby certify that on April 24, 2014, I served the foregoing Plaintiff's Objections to Defendant's Amended Exhibit List on all registered users via CM/ECF including the following:

**UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE**

Philip M. Schreiber (D.C. 502714)*
Benjamin L. Tompkins (D.C. 474906)*
Christopher D. Belen (Va. 78281)
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
(202) 514-6069 (Mr. Schreiber)
(202) 514-5885 (Mr. Tompkins)
(202) 307-2089 (Mr. Belen)
Fax: 202-514-9868
philip.m.schreiber@usdoj.gov
benjamin.l.tompkins@usdoj.gov
christopher.d.belen@usdoj.gov

Dana J. Boente
Acting United States Attorney
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
david.moskowitz@usdoj.gov

*Admitted *Pro Hac Vice*

                                           /s/
                            Jason Torchinsky (Va. 47481)
            Shawn Toomey Sheehy (Va. 82630)
               Holtzman Vogel Josefiak PLLC
            45 North Hill Drive, Suite 100
                    Warrenton, VA 20186
                (540) 341-8808 (telephone)
                  (540) 341-8809 (fax)
                jtorchinsky@hvjlaw.com
                 ssheehy@hvjlaw.com