**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE NATIONAL ORGANIZATION FOR MARRIAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. Case 1:13-cv-01225-JCC-IDD |

## UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

Defendant, the United States of America,[1] pursuant to Fed. R. Civ. P. 56 and Local Rules 7(F)(1) and 56, respectfully moves the Court for summary judgment against Plaintiff, the National Organization for Marriage, Inc. The reasons for granting the motion are elaborated in the accompanying Memorandum of Law.

Date: April 28, 2014

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

PHILIP M. SCHREIBER*
BENJAMIN L. TOMPKINS*
CHRISTOPER D. BELEN
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC  20044
(202) 514-6069 (Mr. Schreiber)

---

[1] Though named as a defendant, the Internal Revenue Service is not a proper party defendant.  26 U.S.C. § 7431 only authorizes an action against the United States, not the IRS.

        (202) 514-5885 (Mr. Tompkins)
        (202) 307-2089 (Mr. Belen)
        Fax: 202 514-9868
        E-Mail: philip.m.schreiber@usdoj.gov
            benjamin.l.tompkins@usdoj.gov
            christopher.d.belen@usdoj.gov

DANA J. BOENTE
UNITED STATES ATTORNEY

       /s/
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov

*Attorneys for the United States of America*

      * Admitted *pro hac vice*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Jason Torchinsky
Shawn Toomey Sheehy
Holtzman Vogel Josefiak PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808 (telephone)
(540) 341-8809 (fax)
jtorchinsky@hvjlaw.com
ssheehy@hvjlaw.com

/s/
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov