**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE NATIONAL ORGANIZATION FOR MARRIAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. Case 1:13-cv-01225-JCC-IDD |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on May 29, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant United States, through undersigned counsel, will bring forward for hearing its motion for summary judgment in the above-captioned action.

Date: April 29, 2014

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

PHILIP M. SCHREIBER*
BENJAMIN L. TOMPKINS*
CHRISTOPER D. BELEN
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC  20044
(202) 514-6069 (Mr. Schreiber)
(202) 514-5885 (Mr. Tompkins)
(202) 307-2089 (Mr. Belen)
Fax:  202 514-9868
E-Mail: philip.m.schreiber@usdoj.gov

benjamin.l.tompkins@usdoj.gov
christopher.d.belen@usdoj.gov

DANA J. BOENTE
UNITED STATES ATTORNEY

_____/s/_____
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov

*Attorneys for the United States of America*

\* Admitted *pro hac vice*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Jason Torchinsky
Shawn Toomey Sheehy
Holtzman Vogel Josefiak PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808 (telephone)
(540) 341-8809 (fax)
jtorchinsky@hvjlaw.com
ssheehy@hvjlaw.com

                                                 /s/
David Moskowitz
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3845
Fax: (703) 299-3983
E-Mail: david.moskowitz@usdoj.gov